**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj1811 |
| Plaintiff, ) | |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| **HUGO OTERO,** ) | |
| Defendant. ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: June 16, 2008      *s/ ANDREW LAH*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
andrew_lah@fd.org

1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Otero

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1811 |
| 12             Plaintiff, | ) | |
| 13 v. | ) | **PROOF OF SERVICE** |
| 14 **HUGO OTERO,** | ) | |
| 15             Defendant. | ) | |

16

17             Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20             **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22 Dated: June 16, 2008                             *s/ ANDREW LAH*
                                                   **ANDREW LAH**
23                                                 Federal Defenders of San Diego, Inc.,
                                                   andrew_lah@fd.org
24

25

26

27

28