UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Hugo Otero ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR2152-BTN <br> 08MJ1811 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge,   Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond ~~Posted / Case Disposed~~ / Order of Court).

Candelaria Sanchez-Lopez

DATED: 6/26/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
   by
   V. Lee       Deputy Clerk